## 33880. BARRETT v. BARRETT.

UNDERCOFLER, Presiding Justice.

The husband appeals a judgment holding him in contempt for failure to pay alimony and child support to his former wife and five children. He claims the trial court erred in finding wilfulness and in assessing attorney fees against him. The evidence supports the trial court's judgment. *Roberts v. Roberts*, 238 Ga. 256 (232 SE2d 534) (1977).

*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 12, 1978 — DECIDED SEPTEMBER 27, 1978.

*Wilson & Trotter, William A. Trotter, III,* for appellant.
*McGahee, Plunkett, Benning, Fletcher & Harley, Paul K. Plunkett, C. T. Harley,* for appellee.

## 33925. REDMOND v. REDMOND.

UNDERCOFLER, Presiding Justice.

In a contempt action for denial of visitation rights, the trial court, upon motion of the defendant, modified the visitation rights. We affirm. Modification of visitation rights in a contempt action is authorized. We decline to overrrule *Sampson v. Sampson*, 240 Ga. 118 (239 SE2d 519) (1977). Findings of fact and conclusions of law are not required in an order on a motion to change visitation rights. *Hines v. Hines*, 237 Ga. 755 (229 SE2d 744) (1976). The evidence supports the order.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 13, 1978 — DECIDED SEPTEMBER 27, 1978.

*Barnes & Browning, Roy E. Barnes,* for appellant.
*Hicks & Scroggins, John H. Hicks,* for appellee.